120361-7

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY FLORIDA

JOHN S. GAY,   CIRCUIT CIVIL DIVISION

      Pro Se Plaintiff,   CASE NO. 2024 CA 001656

v.

CENTURION LLC MEDICAL
COMPANY, KAYLEE SCOTT, RN
and JOHN HRICZ, RN,

      Defendants.
_____/

**DEFENDANT, CENTURION OF FLORIDA LLC'S**
**NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that a Notice of Removal in the above-styled cause of action was duly filed with the Clerk of the United States District Court for the Southern District of Florida on February 5, 2025 by Defendant, Centurion of Florida, LLC[1] (hereinafter "Centurion"). A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A" and is being filed herewith pursuant to 28 U.S.C. §§1332 and 1441(b), which provides that upon removal, "the state court shall proceed no further unless and until the case is remanded."

---

[1] Plaintiff incorrectly lists "Centurion LLC Medical Company" as a Defendant in this action.

- 2 -

CASE NO. 2024 CA 001656

WE HEREBY CERTIFY that a copy hereof has been served *via Certified Mail, Tracking # 9414 8149 0226 9393 5760 88 to: John S. Gay (Inmate #882614) at R.M.C. Main Unit, 7765 S. CR 231, Lake Butler, Florida 32054-0628* on this 5th day of February, 2025.

*/s/ Carlos A. Garcia*
Carlos A. Garcia, Esquire
Florida Bar No. 99768
Jaclyn Lopez, Esquire
Florida Bar No. 1050174
WICKER SMITH O'HARA MCCOY & FORD, P.A.
Attorneys for Centurion LLC Medical Company
515 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
Phone: (954) 847-4800
Fax: (954) 760-9353
FTLcrtpleadings@wickersmith.com