# MOTION FOR THE STATE COURT OF THE (2nd JUDICAL CIRCUIT)

UNITED STATES (2nd JUDICAL CIRCUIT)
FOR THE (LEON COUNTY) of TALLAHASSEE, FL.
RE: MOTION: AGAINST ALL DEFENDANTS
Plaintiff, John S. Gay. DC# 882614
Civil Rights complaint as PRO-SE
Litigants. (MOTION TO LEON COUNTY)
Clerk of COURT and Three Centurion Defendants

Case # 2024 CA001656

Plaintiff, John S. Gay - PRO-SE, Case Open:
Inmate ID. Number - 882614, Jury Trial Requested
V.                                    ☑-Yes;  ☐-NO

Defendant: NO: 1 - Centurion, LLC. medical company,
Defendant: NO: 2 - Kaylee-Scott - RN, Centurion, LLC.,
Defendant: NO: 3 - John HRICZ - RN, Centurion LLC.
ALL DEFENDANTS UP ABOVE ARE To Be Sued,
☑ sued in Individual capacity - N- ☑ sued in official capacity.
ALL Defendants. NO: (1) (2) (3),
ALL Centurion LLC Defendants - AT ALL Times were working,
Under the Color of the State Law,

mailing address: for The Two Defendants RN-Kaylee-Scott,
and RN John HRICZ. IS. 216 SE Corrections Way,
Columbia Corr Inst (Annex) Lake City, Fl. 32025
mailing address for Centurion LLC. company,
Regional office, 1203 Governors (Respectfully Submitt)
SQ, BLVD. Suite 600 - Tallahassee, Fl. 32301     page 1 of 9

BASIS FOR JURISDICTION - CONTINUATION

UNDER: Pursuant to 28 U.S.C. §1331, IN That This IS a Civil Action under the Constitution, and Laws of the United States.

Jurisdiction, is also Invoked pursuant to 28 U.S.C. Section 1343 (A) (#3) In that this action seeks to Redress the Dedravtion under color of the Law, OR The Rights Selured to Mr. John Gay, plaintiff, By The "First", "Eighth" And "Fourteenth" Amendments To The United States Constitution.

plaintiff, may sue, state or local afficial for the "deprivation of any rights, privileges, or immunities secured by the Constitution: Deliberate Indifference, and also Cruel and Unusual punishment, on Eighth Amendment. official/and/or Individual capacity, for the violation of certain constitutional rights.

Response

("Adequate medical care") requires treatment by qualified medical personnel who provide services that are of a quality acceptable when measured by prudent professional standards, tailored to an inmate's particular needs and that are based on medical considerations (Citing DeCologero) Fernandez v. U.S. 941 F.2d 1488, 1493 (11th Cir. 1991); accord, U.S. v. DeCologero, 821 F.2d 39, 43 (1st Cir. 1987); Tillery v. Owens 719 F. Supp. 1256 1305 (W.D. Pa. 1989), aff'd 907 F.2d 418 (3d Cir. 1990); Howard v. City of Columbus, 239 Ga. App. 399, -405-06, 521 S.E. 2d 51 (1999); See Barrett v. Coplan, 292 F. Supp. 2d 281, 285 (D.N.H. - 2003)

The Deliberate Indifference standard. The Supreme Court has stated that (A-Z) to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain proscribed by the Eighth Amendment. Also Due process clause."

1.) This Law suit/complaint is about (The Def's) Centurion, LLC. Company, And there (Employee's) two RN's (Actions) And there (GROSS Negligence) -N- (medical) - (miss-Treatment-Care)-N- there (Liebility) > BY (Failing) to provide (The plaintiff). with (Adequate)-(medical Care)-(treatment). And well needed; N-(to do it) In (A timely matter) > (BY LAW) `NO medical care treatment for (two) (critical) (strokes) which plaintiff, suffered in the (Hands) of (Centurion LLC.) and two (LAM) RN'S (Kaylee Scott, -N- John Hricz) working for the company (Centurion LLC) "working under the Color of the state LAW"

A.) plaintiff; was called in by a (official F.D.O.C.) officer, who has worked for the department of corrections for over (25 years) as plaintiff's, (MAIN- witness) ms. Martin).- Called in (medical Emergencys) from Her dorm- P.2- 7:30 am until 4:30 pm. back to back. And at all times (well-Documented) that medical staff RN's would not come to dorm and told officer Ms. Martin, send plaintiff, down, In a wheel-chair

B.) ON the (First DAY) 4/13/22 of my (critical) Strokes called in by a dorm officer Ms. Martin, who Knows what a stroke is, because she had three of them Herself.

B.) No where as serious as the plaintiffs, Ms. Martin, started in the early morning on 11/13/22 (Documented) in my (Timeline-Motion) the Court -N- the three defendants will have in the plaintiff's Motion. plaintiff was sent down to (medical Emergencys) total of (Four) times on 11/13/22- in a wheel-chair assisted by A inmate, and official official of F.D.O.C. From the dorm P-2- because two (Lazy) RN's would not do there Job Corretly. and come to the dorm, As Fast As they CAN. AT ALL Ms. Martin (Medical Emergencys) were called in as (critical) stroke Condition a (life or death) (situation) over the (Radio) on All (Four) Calls. Both RN's, refused to even take A B/p which was 208/107 (Documented) later that DAY by different RN. plantiffs Face was twisted out of shape, discolored, Left eye was completely closed, drooling of out mouth, slurring speech, hardly talk, at All. couldn't breath well, and hold left side of body head to toe, was Completely Numb, no Feeling At All.

C.) (Notice Carefully) Both (Lazy) RN's. working for centurion LLC. at that time stated (clearly) with an (Inmate) and also. a F.D.O.C. official officer as close witness's on my side, heard every word stated by RN's. He's not having a Stroke, take Him back to the dorm. These witness did write up statements (Documented) for the (Court Judge) or (Trial). They were both at two desks, Just having coffee and talking among one another - showen on camera when pulled up. This went on (three) more times during the day of 11/13/22 - which the court can read statement.

page-4-of-8     #6

2.)

D.) After being returned to ms. Martin, dorm. P.2. ms. Martin, officer of dorm. P.2. was freaking out because of these two (LAM) RNS. gave plaintiff, in the stroke condition he was in and needed to be sent out (Quickly) To A hospital. No medical care treatment.

E.) Then: By the (GRACE of God) Mr Gay the plaintiff, made it through the night (barely) (living)

F.) ms. Martin, (Main witness) on (second) day of still (critical) condition about (dead) on Her (Documented) Reports. 11/14/22 called in (two) more medical Emergencys. Same (two)(LAM) RNS. working sent plaintiff away again with an Inmate once again. And F.D.O.C. officer on duty plus- the medical F.D.O.C. officer on duty. working medical that given day. told officer mr. Johnson. Tell the Inmate do not come back again to medical.

G.) So At around 1:30 pm. 11/14/22 - ms. Martin couldn't take anymore of this. Got on office phone with another F.D.O.C. officer of 5 years. Ms. Brittle. told Her to come to the office to assist Her. in the dorm.

H.) ms. Martin. Now did what she had to do called (security. office) up Front. and Also called Head Lady of staff. over All Centurion LLC. complete staff.

page-5-of-8   #7

3)
i) Called Ms. Johnson: And Also called Captain Banks. on outside compound grounds. Come (Quickly) to dorm P-2- Emergency Needs Inmate to Go to Hospital (ASAP!) within half-hour - ALL (three) F.D.O.C. official official Staff. showed up: went (Quickly) as Ms. Martin took them (three) over two Gays bunk: AT First Ms. Johnson looked shocked And stated out Loud He's (dead) what went on here: She will back Her own words up:

J.) No: Ms. Martin stated: But: close to it. Started To Explain ALL what went on with medical Emergeys on both given days 11/13/22 -v- 11/14/22. both RN's - Kaylee Scott, John HRICZ. (refusing ALL (medical care Treatment) (Documented) in Ms. Martins report As witness: Captain Banks. (Quickly) took out Her own cell phone. And took a picture of Gays (Critical) stroke condition. Can use it in Trial or to Show Judge in court room

4.) Then Captain Banks. stated (clearly) do not even call medical
K) order (three) Inmates as witness's to Get Gay. the plaintiff. into another Inmates: wheel chair the best you all can. Strap Him down. and lets Go (Quickly)

L) Ms. Banks, Ms. Johnson, Lady from security dept: assisted by Inmate Alan Stevin. and outside officer Alice Cook-FDOC. to Get Gay to medical door: Tell officer mv. Johnson: we are right behind you: let you in Lobby. then the (three) Ms Banks, Ms Johnson, security Lady. Alice Cook-officer. told Alan Stevin Inmate:

Page-6-of-8        #8

M.) push Inmate Gay down the Hall to open door in medical room: push Him right up in Front of both RN's on duty, right in their face: state out Loud: Gays having a serious stroke needs to see provider which is not a medical Dr.

N.) Dont tell the (two) RN's we (four) Are (one-N-half.) feet from open door: To hear what the RN's tell Gay- N- You.

O.) (Kaylee scott 1st RN.) Stated out loud, why? is He the hell back here when we told Him not to ever come back: He's Faking a Stroke to receive a transfer from here.

P.) (John HRicz- 2nd RN) stated if He comes back here one more time. He will receive A Dr. Action Faking A Stroke And He will Go to confinement.

Q.) plaintiff, Inmate Gay. scream out Loud the Best He could I'm having A STRoke. At That time All (four) staff members enter the medical Room: Ms. Johnson spoke up stated: (whats wrong with you two) He needs to be sent to the Hospital yesterday. Go to my office in security. And wait there for me.

R.) At That Time, Ms. Mc Queen, provider- NOT MD. heard the scream and came Fast to see what was going on. Saw Gay's Stroke condition. and (Quickly) called For outside transport. AT around 4:00 pm 11/14/22- Lake City hosp. FL.

page-7-of-9    #9

ARE You bringing suit against,
Federal official - ☐ - No!
suit against State/Local official - ☑ - Yes;

PRISONER STATUS;
☑ Convicted State PRisoner

/s/ John S. Gay
print - John S. GAY
Dc# 882614
216 SE. Corrections, way
Columbia Corr. Inst. (Annex)
Lake City. FL. 32025

Page - 8 - of - 9