Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

NORTHERN District of _Florida_

TALLAHASSEE - DIVISION

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 4/7/25 (DATE) FOR MAILING
STAFF INITIAL JC    IM INITIAL

John S. Gay · PRO-SE.

_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Centurion-medical Health company

Kailee Scott · Centurion's · Staff · RN.

John HRICZ-centurion's · staff · RN.

_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. 4:25-CV-00053-AW-MAF
*(to be filled in by the Clerk's Office)*

)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Amended

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _____ John S. GaY

All other names by which
you have been known: _____ N/A

ID Number _____ 882614

Current Institution _____ Columbia Corr. Inst. Annex

Address _____ 216 SE. Corrections WAY

_____ LAke City,   FL.   32025
City      State      Zip Code

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _____ Centurion Health Provider

Job or Title (if known) _____ medical owner- COMPANY

Shield Number _____ N/A

Employer _____ Centurion Health. COMPANY

Address _____ 1203 Governor's SQ. BLVD. suite 600

_____ TAllahassee   FL.   32301
City      State      Zip Code

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _____ KAYlee Scott

Job or Title (if known) _____ RN-Centurion- STAFF

Shield Number _____ N/A

Employer _____ Centurion Health Provider medical

Address _____ 216 SE. Corrections WAY

_____ LAke city.   FL.   32025
City      State      Zip Code

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

    Name                John HRICZ

    Job or Title *(if known)*    RN. Centurion. Staff

    Shield Number       NIA

    Employer           Centurion Health Provider-medical

    Address             216 SF. Corrections WAY

                           LAKE City     FL.     32025

                           *City*        *State*     *Zip Code*

        ☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                           *City*       *State*     *Zip Code*

        ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    Deliberate INDIfference-Eigth Amendment

    Cruel and Unusal Punishment-Fourtheenth Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

**D.**    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Def. KaYlee Scott- RN- did not give anY at all medical care treatment For two Critical strokes on 11/13/22-N-11/14/22 TotAl of (7) medical Emergencys CAlled In. Def- John HRICZ- RN- assistance also GAVE NO medical Care treatment. Sent WAY on ALL (7) medical Emergencys

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☒    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*    _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**    If the events giving rise to your claim arose outside an institution, describe where and when they arose. Please see attached: Pages- 1-through-6 as. EXhibits- STATEMENT oF Facts: Claim!

**B.**    If the events giving rise to your claim arose in an institution, describe where and when they arose. Columbia Corr- Inst- Annex- At medical DePt. on 11/13/22   11/14/22 LAKe CitY FL. 32025

## STATEMENT OF FACTS: CLAIM

Notice Exhibit: from PAGE-4-OF-11: IV. STATEMENT OF Claim

**IV.**

**1.)** On 11/13/22 6:30 Am. before wake Up Call for breakfast. One Inmate was on his way to the bathroom and notice that Inmate GaY, was not awake, that morning as He always is normall. So Inmate Paul Holliday, Ran to the office Station window, where at the time F.D.O.C. officer Ms Martin who was the P-2 dorm officer, Paul Holliday stated You need to come out to Inmate GaYS bunk 50-single, something is seriously wrong with Him.

**2.)** So AT around 6:50 Am. on 11/13/22 ms. martin. Got Herself to the side of Inmate GaYs bunk, and notice very QuicklY that GaY, is having a critical stroke. GaY was not moving at all. Left eYe was closed completely, face was discolored, drooling out of his mouth, MS. MARTIN - CAlled medical Dept. where officer mr. Johnson was on dutY that Morning. CAll Came in as a medical EmergencY, Inmate stroking out needing medical assistance. verY QuicklY - AT dorm-P2.

**3.)** So ms. martin. not moving GaY, tryed to ask GaY something but all she could get was slurry words.

**4.)** Now it is 7:20 Am. - ruffly- and still no medical staff. showed UP and ms. martin, recalled again. notice second time on 11/13/22- medical EmergencY, BUT Then Mr. Johnson. stated back no assistance is here Yet. not until 8:00 Am-So-

**5.)** ms. martin. steady at bed side with GaY and also Called outside securitY. ms. A. cook. officer, to come assist Her In getting Inmate GaY. In someone's wheel-chair. So ms. A. Cook. and Inmate Alan Sterin closed to 8:00 Am. 11/13/22 could get GaY down To medical Dept.

**6.)** "first time" - on 11/13/22 8:00 Am. GaY, was sent down to medical Dept. Got there with assistance of officer ms. A. Cook. SecuritY and Inmate Alan Sterin as witnesses. 8:20 Am. RN. KaYlee Scott and RN John HRICZ, on dutY that morning. when GaY. was wheeled Into the Sick-call room bY. ALAN Sterin Inmate. theY both looked SurPrised. To see someone in their office this early. when theY Just Got in there.

<u>TRUE: STATEMENTS OF FACTS: Claim</u>

<u>7.)</u> GAY. In wheel-chair bent OVER looking dead like. Inmate. alan sterin 'as witness. STATED GAY is Stroking out Badly. needs help. with Ms. A. Cook- out in hall way talking to Mr. Johnson. away from medical room. didnt get to notice what went on in Room. until Inmate Alan Strem. told Her. Not one of the RN's Kaylee Scott. or John HRILZ-RN- Took The Time at all to even look at the Critical Stroke Condition GAY was in. sitting at their own desk- drinking Coffee. and eating doughnuts Just Stated To Inmate ALAN. He's not having a stroke. Just take Him bAck to His drom. and lie Him down." No medical Care treatment AT ALL! Sent away. (NOTice) <u>Both RNs working under the</u> <u>Color of State Law.</u> For Centurion Health care Provider Company. <u>with Policies and / or customs.</u>
   ReFussed Inmate GAY. medical CARE Treatment Documented by. MS. MARTin. on 11/13/22 - Sent down medical Emergency. 8:00 Am. with two assistance's ` ALL as witnesses' <u>First medical Emergency.</u>

<u>8.)</u> Second medical Emergency Called in on 11/13/22- Documented by officer ms. martin. at 9:00 Am. Mr. Johnson- took the CAll in medical Dept. Ms. martin. Stated Clearly. whats wrong with those RN's on duty. This Inmate is Stroked out. Critically condition needs to see. MD. To Be Sent to Hospital. Quickly.

<u>9.)</u> So again, Ms. A. Cook. Alan strein. returned to medical Dept. the second Time and again Imate GAY. hanging in there Por His life was Sent away. (ReFussed any/and all medical Care treatment. Bo lie Him down. He will be alright/Both LAM RNS

<u>10.)</u> To make This Short. (3rd) time. 11/13/22. 9:30 Am. ms. martin Called in another medical Emergency. Told staff. Mr. Johnson. Do not Let the RNs send Him BAck again He's in critical stroke Condition with this stroke. So of course The RNs got So mad when they heard Inmate GAY. was Coming bAck once again. They told Mr. Johnson. Don't even Let Him in Send Him BAck To is dorm. So doing wrong as the medical officer in charge. Could of let GAY in. No matter what the Both LAM RN's STATED.

2.)

<u>TRUE. STATEMENTS - OF - FACTS - CLAIM</u>

11.) Now it was again 11/13/22 - the time WAS about 10:15 Am. Compound was getting ready for lunch - and MS. MARTIN. Told a few Inmates, Tweed Rexford and Paul Holliday. LET'S GeT GAY. BACK into the bunk. And I will send Him back again after lunch - and afternoon count.

12.) <u>SO NOTICE</u>:  1:30 PM. came around and lunch was over and count just cleared. So the (<u>4th</u>) time there WAS another officer who came into assist Ms martin on working P-2-dorm officer MS. Bittile. So they Both got GAY in a wheel chair called outside security. To come to dorm P-2- To assist an Inmate To medical Emergency. This Time it WAS officer Mr. Howell. and captain Mocho' assisted GAY. To medical Dept. CAPTAIN mocho. went in First and Told RN's Inmate GAY is here and don't look to good. They say. He had a STRokke. Kailee scott. stated we looked AT Him. He's not having a stroke. He Probably didn't do He's BIP meds. we don't need To see Him. ( I AM RN'S NOT Doing Their Job working under the color of <u>State</u> Law. not Following Centurions Health Provider Pollicies and/or Customs -To Provide ALL Inmates with Full Medical CARE Treatment. But once again witness'es. Sent away

13.) <u>Notice 11/14/22</u>:  The DAY OF GAY'S second STRoke. Place Him in worse condition. Life or Death.

14.) ms. Martin. same officer of Her dorm. came in right away went directly over to Gat's bunk. after signing herself in inside the dorm office. all kinds of inmates around Gat's bunk. ms. martin. was shocked To even see Gat. was still here and not Transported To ouTside Hospital.

## True-STATEMENTS OF - FaLtS: CLAIM

### NEW DAY - 11/14/22

15.) So to make it short: on 11/14/22 - medical Emergency's were called in a Total of (3) more times (2) times in The morning between 8:30 Am. 11:30 Am. (1) time again. Same To LAm RN's KayLee scott-N-John HRICZ. RN. let GaY into Sick- call room (Notice CareFullY: To onlY STATE Loud So everyone around. Could hear. scott. said: He's not having a Stroke: If You bring Him back anymore here to waist our time. Then John HRICZ. RN. STATED, He will receive a DR. ACtion. and Go To confinement for faking a Stroke. Scott. RN. STATED He's Just faking a stroke. to receive a Tranfer- From Columbia Inst. Now Get Him the Hell 'out of here.

16.) Notice carefullY: Both RN'S. SLott. N - HRICZ. Did not realize that officer A. Cook. and Mr. Johnson. medical staff officer and Inmate AlAN STrein. was close bY the open two doors of medical room (And ALL Three heard the statements bY both RN's Loud and ClearlY.)

17.) So now ms. Cook. returned to dorm P-2- Told ms. MARTin. what was said. MS. MARTin. worried if GaY died in Her hands- asked Ms Cook. would You make a Statement on Documart: You heard what You Just told me: BY: Both LAm RN's working for centurion: ms. Cook. STATED ClearlY: _Yes I will_

18.) Notice CAREFULLY: on · 11/14/22 - ms. martin. was Fed UP with the LAm medical STAFF two RN's. KayLee scott. and John HRICZ. (working under the Color of State (LAw). working for centurion Health care LLC: not Following the Policies and/or customs. of ALL Inmates will Get PROPER medical CARE Treatment' No matter what Condition theY are In. NOT been Seen- and SendawaY:

4.)

## TRUE · STATEMENT'S · OF · FACT'S = CLAIM:

<u>19.)</u> MS · MARTIN: called in higher staff at the Institution cAPTain BANKS. MS · Johnson. Head of centurion medical Complete Staff. and also security officer MR · CARTER. ~ To Come Quickly · To dorm - P-2 ·

<u>20.)</u> So still on 11/14/22 - cAPTain Banks. MS · Johnson. MV · CARTER · ALL CAME to P-2 dorm. To Find out whats going on there when they came In - They saw MS · MARTIN. over In The middle of the dorm. So they ALL headed that way: They STOPPed And notice an Inmate lieing there like He was dead. No movement or sound. whats going on here cAPTain BANKS STATED: with concern. WHY?? Isn't this INMATE AT MEDICAL and / or the Hospital. MS · MARTIN. started to explain the hobe Sitution to the three of them. MS · BANKS. took out Her own cell-Phone and took a Pitcure of GAY's critical STROKE condition for two Full days - STATED GET Him UP the Best WAY You can into a wheel chair · And once again Inmate ALAN STrein. assisted them all down to the medical DePt. This Time NOT cALLing In at ALL To Find ouT whats going on behind the Story. STATED bY MS · MARTIN. Now on Seven medical Emergency's. <u>with NO Medical CARE Treatment AT ALL</u>

<u>21.)</u> As the Three of Higher staff. got to medical went in-side · Told MR · Johnson - what is going on here with the two Centurion RN's. with This InMATE in the condition He's in [STroked out comPletelY) WHY?] Hasn't He been seen bY - MD · MS · McQueen · and sent out to the Hospital.

5.)

<u>True: STATEMENT OF FACTS-CLAIM</u>

<u>22.)</u> So AT 3:00 PM- on 11/14/22 In The HALL WAY OF medical- Inmate Alan sterin- was ordered by- MS BANKS Don't say a word about US three out here in HALL WAY Close by the two open doors of medical Room. Just wheel BAY Right UP in there in front of both of them. And then State: InmATE BAY-IS in Critical STROKE Condition- He needs HelP. 'Now' Then wAIT.

23.) ALL of a sudden: KaYlee scott RN- Centurion Staff. look at Inmate ALAN strein- And said outragely- and mean- why?? in The Hell did You bring Him bAck To medical AgAin. This is it Then John HRICZ- RN Centurion medical staff. RN- OUTRAGEST we are going to Dr-Action Him For TAKing a stroke. send Him To Confinement.

<u>24.)</u> Then ail of sudden the three High STAFF. STEPED In the medical Room   look AT Both RN'S and ms Johnson Head of Centurion medical staff. STATED Clearly- Both of You two- Go Now To mY office And wAit on me: BAY For some reason Just (screamed) out loud from No where- and mD. MS. McQueen- in the next Room came oVER To see what wAS Going on.'. She looked AT GAY: STATED To Another RN- TAKe Him To the EKG-Room. check His B)P- and set IV'S in Both ARM'S. B/P wAS- 200/117-Called For TransPort. Quickly- TransPort: Got BAY To Hospital- two MD'S And two R-RN'S wAiting on BAY AT Hosp-door. MD'S ORDX MRI- CAT-SCAN- Results came BACK- Showed two Critical STROKEs- with two DAYS- and one six months AGo- keep In Hospital unlv around Clock CARE watch bY RN'S- Lots of STROKE- PAin- B/P meds- sPecial Diet- lots of wAter.

25.) Both scott-N-HRICZ- wAs Fired on the sPot- and later in medical Records- BAY Found A Document- scott RN- PRinted UP on Her own- Refusal of all medical Care treatment and signed (forged) many official names on the Document and also (forged) John GAY's name on Document- (Document is in Court)

<u>Certification and closing: I certify: This is ALL True and Correct To the best of mY Knowledge   B/John S. Gay</u>

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**C.**    What date and approximate time did the events giving rise to your claim(s) occur?

ON 11/13/22 · 11/14/22   ALL DAY  Both DAYS

**D.**    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)* on 11/13/22 I had a Critical STROKE and sent to (4) medical Emergs. Given No medical Care treatment AT ALL. · also 11/14/22  (3) medical Emergs CAlled In sent away on 2nd Critical Stroke ( Both RN's did nothing for me Ms. MARTin · dorm oFFicer. CALled in ToTal oF (7) medical Emergs· AS MAin witness · Plus many more F.D.O.C. OFFiCERs were CAlled in at diFFerent times to assist to medical DePt. AS witnessies

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Yes :· STROkes left me· Left eYe Closed CompleteLY · dreding out of mouth. Slurring of SPeech · Face discolored. hole LeFt side of BodY · No movement. WAS given No medical CARE Treatment AT ALL. on Both DAYS bY Both RN's Karlee Scott· John HRICZ · until Higher STAFF· CAME In and Bet me hY · PASSing the two RNs And into MD· Ms· McQueen on 2nd DAY sent out to Hospital · QuickLY · MRI· Showed
Back To Back STROckes one EAch DAY.

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. MoneY DAMAGES oF $ 250 000 Dollars From Both RN's And also Centurion Provider· Policies· and/or Customs in Place·STil (2) Years later manY PhYSical bodY surgeries to walk· TAlK· Throat· able to EAT· PRoPevY mY livelYhood and also enjoYment oF liFe· SuPPovt mYseLF and FamilY· and AnY Relief the Honovable Court will Redeem: STill Fighting STRokes in 2025  Documented in medical Records
Hospital visT moneY· Lots oF medical Emergs· AT IkSt Annex medel DePAT·

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Columbia Corr. Inst. Annex Lake City. FL._

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or <u>all</u> of your <u>claims</u>?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_medical Claims - From WARDen To MDr_
_Then Appeals Court_

**D.** Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes   Filed AT MY InsT.

☐ No

**E.** If you did file a grievance:

1. Where did you file the grievance?
FivsT To WARDen - Then Goes To MD
Then sent To TAllAhAssee FL. APPeal courT.
To Be FullY ExhGuested Redeems.
A must in civil Law surts-

2. What did you claim in your grievance? Mainly. No medical CARE TreatmenT
Fur [2] Full DAys of cRiticAl STRokes. SenT awAy bY two RNS
thReaten bY RN's ConFinemenT. For FAking A STRoke
when A LAm Person could see the STRoke ConditioN. I
wAs in For (7) medical Emgys. CAlled in by MS-MARTin

3. What was the result, if any? No medical CARE Treatment
until senT To HoseitAl Quickly. on (and) DAY
TAken CARE of BY MD'S-N. NURSES AT LAke CfTy
HoseitAl.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
Yes ALL The waY Highest Level  1st wARDen
Then MD STAFF AT Annex medical Then To
ExhGuest ALL Redeems AT APeals courT oF
TAllAhAssee FL.

**F.**   **If you did not file a grievance:**

1.   If there are any reasons why you did not file a grievance, state them here:

N |A Filed ALL The WAY

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Filed ALL ExhGuested Redeems PluS EYE To EYE Contact with OVER (11) F.D.O.C. Official OFFicer were called in To Assist on STRokes ALL As williuS witnesses (Freely)

**G.**   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Remedies OVER 58 Exhaustion Adminstrative PluS Grievances To Security AT Annex Inst.

(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) ALL ReadY Filed in CouRT

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N /A

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

**B.** If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s)   John S Gay PRo-SE
      Defendant(s)   Centurion medical, Kaylee Scott Rn, John Hriez an

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      middle DISTRict OF Jacksonville

   3. Docket or index number
      3:24-CU-959-TJC-LLC

   4. Name of Judge assigned to your case
      N/A

   5. Approximate date of filing lawsuit
      N/A

   6. Is the case still pending?
      ☒ Yes
      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      STill Pending in CourT

**C.** Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

      Yes Both CourTs

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

**D.**    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    John S. GAY PRO-SE

Defendant(s)    Centurion Medical   KAylee Scoffan   John HRizz.

2.    Court *(if federal court, name the* district; *if state court, name the county and* State)

NORTHERN DISTRICT Tallahasee Fl.

3.    Docket or index number

4:25-cv-53-Aw-MAF

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Still Pending in open Court

Page 10 of 11

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    _Jahn D. Gay_
Printed Name of Plaintiff    _John S. Gay_
Prison Identification #    _882614_
Prison Address    _216 SE. Corrections WAY_
_LAKe City_          _Fl._     _32055_
                      City                    State          Zip Code

### B.    For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
_____
                      City                    State          Zip Code
Telephone Number    _____
E-mail Address    _____

John S. Gal 882646 P-T - U353

Columbia Corr. Inst. Annex
216 SE. Corrections WAY
Lake City. FL. 32025

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

US POSTAGE ℗ PITNEY BOWES

ZIP 32025 $ 002.04⁰
02 4W
0000379442 APR 07 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
OFFICIAL-BUSINESS
111-NORTH ADAMS-STREET-SUITE-322
TALLAHASSEE. FL. 32301-7717

this is The Amendment motion. The Clerk OF Court
Told the Plaintff. To Send in BY- APRIL-21-2025
For The Defendant. John HRICZ-RN-CENTURION-STAFF.
CASE: No: 4:25-CV-53-AW-MAF-)
`Other one mailed out atong with This one´

LEGAL MAIL

3230187780



MAIL PROVIDED TO
INSTITUTIONAL INSTITUTION
(DATE) FOR MAILING

9/25

STAFF INITIAL _____ I/M INITIAL

LE
COLUM
ON