IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION


JOHN S. GAY,

  Plaintiff,

v.

CENTURION OF FLORIDA, LLC,

KAYLA SCOTT, RN, and

JOHN HRICZ, RN,

  Defendants.

Case No. 4:25-cv-00053-AW-MAF


DEFENDANTS' MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(c)


Defendants Kayla Scott, RN, and John Hricz, RN ("Defendants"), appearing



FILED USDC FLND TL
DEC 1 '25 PH4:20

pro se, move to set aside the Clerk's Entry of Default pursuant to Federal Rule
of Civil Procedure 55(c), and state as follows:

## I. INTRODUCTION

Defendants respectfully request that the Court set aside the Clerk's Entry of
Default entered on November 17, 2025 (ECF No. 75). Defendants are
proceeding pro se and seek to respond to Plaintiff's Third Amended Complaint
(ECF No. 24). Good cause exists to set aside the default under Rule 55(c).

## II. LEGAL STANDARD

Federal Rule of Civil Procedure 55(c) provides that a court "may set aside an
entry of default for good cause." Courts in the Eleventh Circuit consider factors
such as (1) whether the default was willful, (2) whether setting aside the default
would prejudice the plaintiff, and (3) whether the defaulting party has a
meritorious defense.

## III. ARGUMENT

A. The Default Was Not Willful.

Defendants' failure to meet the response deadline was not willful. They did not ignore the litigation or intentionally fail to respond. Rather, the delay resulted from difficulties associated with attempting to file a responsive pleading while proceeding without counsel. Defendants had sought to comply with the rules by submitting their response through the Court's electronic filing system, but their e-filing access had not yet been activated, and they were unable to submit the document electronically. In addition, there was confusion regarding the proper procedure for pro se filings and when the Clerk would process the submitted documents.

Once Defendants learned that the response had not been docketed, they acted promptly to correct the issue. These circumstances demonstrate mistake or procedural misunderstanding, not intentional disregard of the Court's deadlines.

B. Setting Aside the Default Will Not Prejudice Plaintiff.

Setting aside the default will not prejudice Plaintiff. The case is still at an early stage, no discovery has commenced, and no scheduling deadlines have been set. Allowing Defendants to file their responsive pleading will merely allow the case to proceed on its merits. Plaintiff will have a full and fair opportunity to respond to Defendants' defenses, and there has been no loss of evidence or diminished ability to litigate the claims. Because lifting the default will simply

3

restore the ordinary litigation process, Plaintiff suffers no prejudice.

## C. Defendants Have a Meritorious Defense.

Defendants also have a potentially meritorious defense. They are prepared to file a responsive pleading that asserts substantive legal defenses to Plaintiff's claims. At this stage, Defendants are not required to prove their defenses, but only to show that a legitimate, non-frivolous defense exists. The availability of such defenses strongly favors setting aside the default so that the case may be resolved on its merits rather than by procedural technicality.

## IV. CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court set aside the Clerk's Entry of Default and accept their attached responsive pleading.

4

Dated: November 28, 2025

Respectfully submitted,

Kayla Scott, RN

Defendant, pro se

11247 San Jose Blvd Apt 518

Jacksonville, FL 32223

904-518-8816

Kaylamhricz@gmail.com

John Hricz, RN

Defendant, pro se

11247 San Jose Blvd Apt 518

Jacksonville, FL 32223

904-755-4226

Johnmhricz@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion to Set Aside
Default was mailed to Plaintiff John S. Gay, DC# 882614, Columbia
Correctional Institution Annex, 216 SE Corrections Way, Lake City, FL 32025,
on November 28, 2025.

Kayla Scott, RN

John Hricz, RN

John Mricz
4247. San Jose BlVD apt 518
Jacksonville, FL   32223

Clerk of Court
U.S . District Court
Northern District of Florida
Tallahassee Division
lll North Adams Street
Tallahassee, FL. 32301

This package is made from post-consumer waste. **Please recycle - again.**

**PRESS FIRMLY TO SEAL**





# MAIL
# EXPRESS®

## FLAT RATE
## ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

---

*Retail*



U.S. POSTAGE PAID
PME
SAINT JOHNS, FL 32259
NOV 28, 2025

32301

**$33.40**

RDC 07

S2324K504250-32





# PRIORITY
# MAIL
# EXPRESS®

### CUSTOMER USE ONLY

FROM: (PLEASE PRINT)     PHONE ( 904 ) 755-4226

John Hricz
11247 San Jose Blvd apt 518
Jacksonville, FL 32223

OCT 0 1 2025

### DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.*

TO: (PLEASE PRINT)     PHONE ( )

Clerk of Court
U.S. District
Northern District of Florida
Tallahassee Division
111 North Adams Street, Tallahassee, FL
ZIP + 4® (U.S. ADDRESSES ONLY)

3 2 3 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

◀ **PEEL FROM THIS CORNER**

### PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|

### ORIGIN (POSTAL SERVICE USE ONLY)

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ |
|---|---|---|

| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee $ |
|---|---|---|---|

| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee $ | Live Animal Transportation Fee $ |
|---|---|---|---|

| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ |
|---|---|---|

| Weight ___ lbs. ___ ozs. | ☐ Flat Rate | Acceptance Employee Initials |
|---|---|---|

### DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|

LABEL 11-B, MARCH 2019     PSN 7690-02-000-9996

EJ 275 601 415 US







# UNITED STATES
# POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023;