UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO: 4:25-CV-00053

JOHN S. GAY,
    Plaintiff.

V.

CENTRUION OF FLORIDA, LLC.
KAYLA SCOTT, RN. And
JOHN HRICZ, RN.
    Defendants

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 3/25/26 (DATE) FOR MAILING
STAFF INITIAL ___  J6 ___ I/M INITIAL

## NOTICE OF INQUIRY

The plaintiff. MR. GAY. would like to ask the court if they are still very busy. and or when about the time will come on the Honorable cout Judge. To make his Desision - on the case Yet.

I would also like to let the court Know that the stroke back from Nov. of 2022. with No medical care treatment. The plaintiff is still suffering many physical body and serious Health Issues. with lots of outside Hospital care.

FILED USDC FLND TL
APR 22 '26 PM 2:43

1.

# CERTICAFTE OF SERVICE

I HERE BY: STATE THAT ALL THE WHAT I've SAID is True and correct. to the Best of my Knowledge:

John Gay

I also undrstand I need To keep intouch with the clerk of court if any change of Address

John Gay

2.

John S. GAY 882434 T2-114-L
Columbia CI Annex
216 SE Correctional Way
Lake City, FL 32025

MAILED FROM
COLUMBIA
CORRECTIONAL
INSTITUTION

FIRST-CLASS

US POSTAGE ᴵᴹ PITNEY BOWES

ZIP 32025 $000.74⁰
02 7W
0008042793 MAR 25 2026

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of FLORIDA
oFFICE oF THE CLERK
111 - NORTH ADAMS STREET - SUITE - 322
TALLAHASSEE. FLORIDA. 32301 - 7717

OFFICIAL BUSINESS

**LEGAL MAIL**

32301$7730 C001

LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON 3/25/26 (DATE) FOR MAILING
STAFF INITIAL ___ I/M INITIAL