**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOHN S. GAY,**

      **Plaintiff,**

**v.**                                    **Case No. 4:25-cv-53-AW-MAF**

**CENTURION LLC MEDICAL
COMPANY, et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO DISMISS

Plaintiff John Gay, a pro se prisoner, sued Centurion of Florida and two of its prison nurse employees. Gay alleged Eighth Amendment violations based on a failure to provide adequate medical care after a stroke. The operative complaint is the Third Amended (ECF No. 24).

The court earlier adopted the magistrate judge's report and recommendation and granted Centurion's motion to dismiss. ECF No. 104. At issue now is the individual defendants' pro se motion to dismiss. ECF No. 82. The magistrate judge issued a report and recommendation that concluded the court should deny that motion. ECF No. 109. No party has filed an objection to the report and recommendation.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. Notwithstanding the individual

1

defendants' contrary arguments, the operative complaint sufficiently states a claim for deliberate indifference under the Eighth Amendment.

The motion to dismiss (ECF No. 82) is DENIED. The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on June 4, 2026.

s/ *Allen Winsor*
Chief United States District Judge

2