**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JOHN S. GAY,
DC# 882614,

Plaintiff,

v. Case No. 4:25-cv-00053-AW-MAF

KAYLA SCOTT, RN, and
JOHN HRICZ, RN,

Defendants.
_______________________________________/

**NOTICE OF INCARCERATION AND DESIGNATION OF MAILING ADDRESS**

Defendant John Hricz, RN, appearing pro se, respectfully notifies the Court and the parties as follows:

1. Defendant is scheduled to begin a period of incarceration on July 5, 2026, and expects to be released on or about December 27, 2026.

2. During this period, Defendant's access to the mail, to legal materials, and to the record in this case will be limited.

3. The Court's Order of June 25, 2026 (ECF No. 116) directs the parties to immediately notify the Clerk of any change in mailing address. To ensure the reliable receipt of court mail during his incarceration, Defendant designates the following address of record, at which co-Defendant Kayla Scott, RN, resides and will receive and promptly forward all documents in this case to Defendant:

John Hricz
c/o Jill Hricz
3943 Heidi Rd W
Jacksonville, FL 32277

FILED USDC FLND TL
JUL 6 '26 PM1:55

4. Contemporaneously with this Notice, Defendant has filed a Motion to Stay Proceedings as to Defendant Hricz, or in the Alternative to Modify the Scheduling Order and Extend the Discovery Deadlines, addressing the effect of his incarceration on the deadlines set in this case.

5. Defendant respectfully requests that the Clerk and the parties direct all future orders, filings, and correspondence to the address designated above.

Dated: July 3rd, 2026

Respectfully submitted,

John M Hricz RN

John Hricz, RN
Defendant, pro se
11247 San Jose Blvd, Apt 518
Jacksonville, FL 32223
(904) 755-4226
Johnmhricz@gmail.com

**Certificate of Service**

I HEREBY CERTIFY that on July 3rd, 2026, a true and correct copy of the foregoing was served by United States Mail, first-class postage prepaid, upon:

John S. Gay, DC# 882614
Columbia Correctional Institution Annex
216 SE Corrections Way
Lake City, Florida 32025

John Hricz, RN




Clerk of court
US District Court, Northern District of Florida
111 N. adams Street
Tallahassee, FL 32301-7717

JUL 06 2026

3230187730 C001