**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

JOHN S. GAY,

DC# 882614,

Plaintiff,

v.

**Case No. 4:25-cv-00053-AW-MAF**

**KAYLA SCOTT, RN, and**
**JOHN HRICZ, RN,**

Defendants.

---

## DEFENDANT KAYLA SCOTT'S NOTICE OF CHANGE OF ADDRESS

Defendant Kayla Scott, RN, appearing pro se, notifies the Court and the parties, pursuant to the Court's Order of June 25, 2026 (ECF No. 116), that her mailing address has changed as follows:

1. Defendant no longer resides at her prior address of record, 11247 San Jose Blvd., Apt. 518, Jacksonville, FL 32223.

2. Defendant's current mailing address, effective immediately, is:

   1210 Windy Willows Dr
   Jacksonville, FL 32225

3. Defendant respectfully requests that the Clerk of Court and all parties direct all future orders, filings, and correspondence in this case to the address stated above.

Dated: September 18, 2026

Respectfully submitted,

Kayla M Scott, RN

Kayla Scott, RN
Defendant, pro se
Address: 1210 Windy Willows Dr
Jacksonville, FL 32225
Phone: 904-518-8816
Email: Kaylas.scott0929@gmail.com

**Certificate of Service**

I HEREBY CERTIFY that on September 18, 2026, a true and correct copy of the foregoing was served by United States Mail, first-class postage prepaid, upon:

FILED USDC FLND TL
SEP 23 '26 PM3:23

John S. Gay
DC# 882614
Columbia Correctional Institution
216 S.E. Corrections Way
Lake City, FL 32025

John Hricz, RN
c/o Jill Hricz
3943 Heidi Rd W
Jacksonville, FL 32277

Kayla M Scott, RN

Kayla Scott, RN

Kayla Scott
1210 Windy Willows Dr.
Jacksonville, FL 32225

JACKSONVILLE RPDC 320
21 SEP 2026 PM 1 L

usa forever

Clerk of Court

United States District Court

Northern District of Florida

111 N. Adams Street, Suite 322

Tallahassee, FL 32301-7730

SEP 23 2026

32301-773097